**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALZMAN, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>    *Defendants*. | Civil Action No. 17-2475 (RDM) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion for default judgment, Dkt. 21, is **GRANTED**. Accordingly, it is hereby **ORDERED** that judgment is entered in favor of the Plaintiffs and against the Islamic Republic of Iran in the total amount of $17,500,000 in compensatory damages, to be apportioned among each plaintiff as set forth in the memorandum opinion, Dkt. 34. This Order constitutes the final judgment of the Court within the meaning of Federal Rule of Civil Procedure 58(a).

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: September 25, 2019