CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Salzman

Plaintiff(s)

vs.

The Islamic Republic of Iran, et al.

Defendant(s)

Civil Action No.: 17-cv-2475

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the default judgment (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Islamic Republic of Iran, Ministry of Foreign Affairs, Khomeini Ave. United Nations St., Teheran, Iran

by: (check one)
- [x] certified or registered mail, return receipt requested
- [ ] DHL
- [ ] Fed Ex

pursuant to the provisions of: (check one)
- [ ] FRCP 4(f)(2)(C)(ii)
- [x] 28 U.S.C. § 1608(a)(3)
- [ ] 28 U.S.C. § 1608(b)(3)(B)
- [ ] 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): NOT APPLICABLE, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/Robert J. Tolchin
(Signature)

Robert J. Tolchin
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201

(Name and Address)